1  Sean A. O'Brien, Bar No. 133154
   PAYNE & FEARS LLP
2  Attorneys at Law
   4 Park Plaza, Suite 1100
3  Irvine, CA  92614
   Telephone:  (949) 851-1100
4  Facsimile:  (949) 851-1212
   sao@paynefears.com
5
   Todd P. Blakely *(Pending Admission Pro Hac Vice)*
6  Benjamin B. Lieb *(Pending Admission Pro Hac Vice)*
   Ian R. Walsworth *(Pending Admission Pro Hac Vice)*
7  SHERIDAN ROSS P.C.
   1560 Broadway, Suite 1200
8  Denver, CO  80202-5141
   Telephone:   (303) 863-9700
9  Facsimile:   (303) 863-0223
   tblakely@sheridanross.com
10
   Attorneys for Plaintiff
11 HID GLOBAL CORPORATION

JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation, | |
| Plaintiff, | CASE NO. SACV08-0003 DOC (MLGx) |
| v. | **ORDER ENTERING DISMISSAL OF ENTIRE ACTION (BOTH CLAIMS AND COUNTERCLAIMS) PURSUANT TO JOINT STIPULATION OF DISMISSAL** |
| OPTICON, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to the Joint Stipulation of Dismissal of Entire Action (Both Claims and Counterclaims) filed on June 19, 2008 with the Court,

1　　**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed in its entirety, <u>with</u> <u>prejudice</u>, pursuant to FRCP 41(a)(1). Each party to bear its own costs and fees.

DATED: June 23, 2008

4842-3414-6306.1

_/s/ David O. Carter_
UNITED STATES DISTRICT JUDGE